IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES M. BYRD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 21-0483-KD-MU |
| | ) |
| THE NATIONAL FLOOD INSURANCE PROGRAM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants the National Flood Insurance Program, Deanne Criswell, Administrator of the Federal Emergency Management Agency, and Alejandro Mayorkas, Secretary, Department of Homeland Security, be and are hereby **DISMISSED, with prejudice**, as defendants in this action.

**DONE and ORDERED** this 14th day of February, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE